Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Gainesville Civil Division

| | |
|---|---|
| Anthony Gerald Gabry ) | Case No. _____ |
| _____ ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| Concord Group Insurance ) | |
| _____ ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* | |

(COPY stamp)

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Gerald Gabry |
| Street Address | 1828 Gold Finch Way |
| City and County | Lawrenceville, Gwinnett County |
| State and Zip Code | Georgia, 30043 |
| Telephone Number | (253) 448-9496 |
| E-mail Address | tony.gabry@icloud.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.


Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: Concord Group Insurance
- Job or Title (if known):
- Street Address: 4 Bouton Street
- City and County: Concord, Merrimack County
- State and Zip Code: New Hampshire, 03301
- Telephone Number: (800) 888-6050
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Anthony Gerald Gabry, is a citizen of the State of *(name)* Georgia.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* Concord Group Insurance, is incorporated under the laws of the State of *(name)* New Hampshire, and has its principal place of business in the State of *(name)* New Hampshire.
   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Damages being sought in this matter are $200,000, including but not limited to; coverages owed under insurance policy provisions through valid and documented claim, interest for failure to make payment on said claim, punitive damages for bad faith claim handling and breach of contract, as well as financial losses associated with defendant's failure to make payment on aforementioned claim.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Anthony Gerald Gabry , and the defendant, *(name)* Concord Group Insurance , made an agreement or contract on *(date)* 03/18/2016 . The agreement or contract was *(oral or written)* Written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Under policy #1229269 and Maine Title 24-A, defendant (insurer) is to make payment for make payment (within or up to the policy limit or coverage limit for named coverages, less deductible) for claims presented by the plaintiff (insured in this matter). Furthermore, upon receipt of all evidence available being provided by the plaintiff, defendant has a duty to make a coverage determination and subsequent payment of denial of a claim.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Defendant failed to make payment to plaintiff under claim #1233107 for Identity Theft Expense Reimbursement coverage. This named coverage carries a $15,000 limit on a $250 deductible. Following a claims statement providing details and all known information regarding this matter, plaintiff also provided all available evidence including but not limited to police, credit, and wage data that clearly documented claim in excess of $15,000.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Inclusive of the $15,000 owed under claim #1233107, interest, and financial losses associated to lack of payment for legal expenses, plaintiff seeks relief in the amount of $200,000 as a severe punitive award for defendant's wrongdoing. Defendant has violated (2) portions of the policy in question, as well as having violated (2) aspects of the Maine Title 24-A unfair claims settlement practices.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/14/2018

Signature of Plaintiff

Printed Name of Plaintiff    Anthony Gerald Gabry

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Progressive
4250 International Blvd
Suite B
Norcross, GA 30093-3023



U.S. POSTAGE >> PITNEY BOWES

ZIP 30093 $ 000.68⁰
02 1W
0001395928 SEP. 24. 2018

UNITED STATES COURTHOUSE
ATTN: CIVIL CLERK
121 SPRING STREET SE
ROOM 201
GAINESVILLE, GA 30501-3789

PROGRESSIVE